# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-2784

———————————————

KATHLEEN BELZER SPARKS and
JOHN SAMUEL LONG,

    Appellants,

    v.

JESSICA WILLIAMS,

    Appellee.

———————————————

On appeal from the Circuit Court for Santa Rosa County.
Clifton Alan Drake, Judge.

May 19, 2026

Per Curiam.

    Affirmed.

Ray, Winokur, and M.K. Thomas, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Scott A. Cole and Francesca M. Stein of Cole, Scott & Kissane, P.A., Miami; D. Grayson Miller of Cole, Scott & Kissane, P.A., Pensacola for Appellants.

Joseph A. Zarzaur, Jr., Stephen F. Bolton, and Alexandra J. Messmore of Zarzaur Law, P.A., Pensacola, for Appellee.